UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MIGUEL ROMAN, | : | |
|     Plaintiff, | : | Case No. 3:11cv00491 (JGM) |
| | : | |
|     v. | : | |
| | : | |
| CITY OF HARTFORD, et al., | : | JUNE 16, 2015 |
|     Defendant. | : | |

## MOTION FOR ORDER TERMINATING PROTECTIVE ORDER

The Connecticut Division of Criminal Justice ("The Division"), on behalf of the Chief State's Attorney and the State's Attorney for the Judicial District of Hartford, pursuant to Rule 26 of the Federal Rules of Civil Procedure, hereby moves for an order terminating the protective order entered on March 8, 2013 (DKT Entry No. 57), by way of stipulation dated March 7, 2013 (DKT Entry No. 56). As grounds for the instant motion, the Connecticut Division of Criminal Justice respectfully represents as follows:

1. All parties of record have been contacted and consent to the granting of this motion and the termination of the protective order.

2. On or about October 12, 2012, the plaintiff served upon The Division two subpoenas seeking disclosure of materials related both to closed and pending criminal matters (alternatively, "the subject materials").

3. The Division thereafter intervened in this matter for the purpose of protecting its interests in the integrity of its pending investigations and prosecutions.

4. Accordingly, on January 11, 2013, The Division moved to quash the aforementioned subpoenas insofar as the subpoenas sought the production of materials related to pending criminal matters.

5. Thereafter, the parties entered into a stipulation culminating in a protective order satisfying The Division's concerns regarding the integrity of its investigations and prosecutions.

6. Accordingly, and in accordance with said stipulation, the Court, on March 4, 2013, Ordered that The Division's motion to quash be denied as moot, and subsequently entered the Stipulation, which executed a protective order over the subject materials.

7. The protective order set forth procedures by which The Division would disclose the subject materials, and by which the parties could thence further utilize and disseminate the subject materials.

8. On or about May 28, 2015, by cause of certain proceedings in the criminal trial court, the State's investigations and prosecutions related to the matters at issue in the subject materials came to an end.

9. Accordingly, there are presently no pending investigations or prosecutions related materials for which protection from disclosure is necessary.  Simply stated, the State no longer has grounds for non-disclosure.

10. By way of this Motion, The Division does not concede or in any way suggest that the subject materials are material or relevant to the claims made in this action, or that they are otherwise admissible as proof.  This Motion in no way fixes The Division's position with respect to any procedural or substantive matter of the ultimate merits of this case.

WHEREFORE, The Division respectfully requests that the Court grant this Motion and order the termination of the Protective Order.

                Respectfully submitted,

                CONNECTICUT DIVISION
                OF CRIMINAL JUSTICE

By:     /s/_____
     MICHAEL PROTO
     Assistant State's Attorney
     Office of the Chief State's Attorney
     300 Corporate Place
     Rocky Hill, Connecticut 06067
     Tel. No. (860) 258-5887
     Fax No. (860) 258-5968
     E-mail: michael.proto@ct.gov
     Federal Bar No. ct 22533

## **CERTIFICATION**

I hereby certify that a copy of the foregoing MOTION FOR ORDER TERMINATING PROTECTIVE ORDER was mailed, first class postage prepaid, to the following on June 16, 2015:

Rosemarie Paine
Jacobs & Dow, LLC
350 Orange Street
P.O. Box 606
New Haven, Connecticut 06503

William F. Dow III
Jacobs & Dow, LLC
350 Orange Street
P.O. Box 606
New Haven, Connecticut 06503

Nathalie Feola-Guerrieri
City of Hartford
Office of the Corporation Counsel
550 Main Street
Hartford, Connecticut   06103

James J. Szerejko
Halloran & Sage
One Goodwin Square
225 Asylum Street
Hartford, Connecticut   06103

_____/s/_____
MICHAEL PROTO
Assistant State's Attorney