ELECTRONIC ORDER IN <u>ROMAN V. CITY OF HARTFORD ET AL.</u>, 11 CV 491 (JBA)

9/1/15 – Lengthy discussions were held yesterday (<u>see</u> Dkt. #105) regarding some unexpected developments regarding discovery from two state agencies, including the production of new documents and difficulties in scheduling a deposition. Counsel agreed that **on or before September 30, 2015**, plaintiff's counsel will forward a letter to defense counsel, with a copy to this Magistrate Judge, regarding these new developments, as to which defense counsel will respond within two weeks.

A continued status/discovery conference has been scheduled for October 8, 2015, at 9:30 a.m., to address, <u>inter alia</u>, defendants' expert discovery.

The Magistrate Judge is available for such other conferences (which may be held telephonically) as may be necessary.