IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

---------------------------------------------------------X
:
MIGUEL ROMAN                                  :         3:11 CV 491 (JBA)
:
V.                                            :
:
CITY OF HARTFORD, ET AL.                      :         DATE: OCTOBER 9, 2015
:
---------------------------------------------------------X

MEMORANDUM OF DISCOVERY CONFERENCE

Date of Conference:   October 8, 2015

Attorneys Present:    Rosemarie Paine, Esq.
                      (For Plaintiff)

                      Nathalie Feola-Guerrieri, Esq.
                      (For Defendants City of Hartford and Bernard Sullivan)

                      James J. Szerejko, Esq.
                      (For the Defendant Police Officers)

                      Terrence O'Neill, Esq., AAG
                      (For the State Non-Party Witnesses)

DISCUSSIONS

Lengthy discussions were held regarding the completion of expert discovery. Counsel agreed to, or the Court ordered, the deadlines set forth below.

ORDERS

1.   In light of the unwillingness of Dr. Malka Shah, now retired from the Office of Chief Medical Examiner, to appear at a deposition, **on or before October 23, 2015**, plaintiff will file an appropriate motion with the court, with a proposed order; by agreement of counsel, a copy of this motion will be provided to Attorney O'Neill.

2.   By agreement of counsel, Attorneys Paine, Feola-Guerrieri, Szerejko and O'Neill will review the portions of the Connecticut State Police records which were redacted when

produced in response to defendants' recent subpoena.

      3. By further agreement of counsel, **on or before December 4, 2015**, defendants City of Hartford and Sullivan will provide a supplemental disclosure from their expert witness, W. Ken Katsaris; if this expert alters his expert opinion after reviewing the transcript from the anticipated deposition of Dr. Shah, then defendants will provide a second supplemental disclosure at least ten days prior to Katsaris' deposition.  Plaintiff's counsel indicated that after reviewing Katsaris' supplemental disclosure, she may file a Motion to Strike the disclosure as deficient.

      4. Defendants will disclose all experts and expert reports **on or before January 15, 2016**, and such expert depositions shall be completed **on or before February 29, 2016**.

      5.  No other depositions will be noticed, beyond those identified in ¶¶ 1, 3-4 *supra*, absent prior court approval or by agreement of counsel.

       6.  After expert discovery has been completed, a prefiling conference will be held with U.S. District Judge Janet Bond Arterton to set deadlines for the filing of all dispositive motions.

      7.  The Magistrate Judge again indicated her willingness to hold a settlement conference, including one jointly held with Connecticut Claims Commissioner J. Paul Vance, Jr.

      8. The Magistrate Judge is available for such other conferences (which may be held telephonically) as may be necessary.

      Dated at New Haven, Connecticut, this 9th day of October, 2015.

                                          \_\_/s/ Joan G. Margolis, USMJ\_\_
                                          Joan Glazer Margolis
                                          United States Magistrate Judge