```
                IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF CONNECTICUT
```

---------------------------------------------------------X
                                        :
MIGUEL ROMAN                            :    3:11 CV 491 (JBA)
                                        :
V.                                      :
                                        :
CITY OF HARTFORD, ET AL.                :    DATE: DECEMBER 9, 2015
                                        :
---------------------------------------------------------X

AMENDED MEMORANDUM OF TELEPHONIC DISCOVERY CONFERENCE

Date of Conference:   December 8, 2015

Attorneys Present:    Rosemarie Paine, Esq.
                      (For Plaintiff)(by telephone)

                      Nathalie Feola-Guerrieri, Esq.
                      (For Defendants City of Hartford and Bernard Sullivan)(by telephone)

                      James J. Szerejko, Esq.
                      (For the Defendant Police Officers)(by telephone)

DISCUSSIONS

Lengthy discussions were held regarding the completion of expert discovery. Counsel agreed to, or the Court ordered, the deadlines set forth below.

ORDERS

1. **On or before January 22, 2016**, defendants City of Hartford and Sullivan will provide a supplemental disclosure from their expert witness, W. Ken Katsaris, including any alteration of his expert opinion after reviewing the transcript from the anticipated deposition of Dr. Shah. Plaintiff's counsel indicated that she would file a Motion seeking an order regarding issues related to expert depositions, including file production and costs, and will seek an order related to any outstanding issues regarding defendant's supplemental disclosure. Plaintiff's counsel indicated she may file a Motion to Strike defendant's disclosure

as deficient.

2. By agreement of counsel, defendants will disclose all experts and expert reports **on or before January 29, 2016**, and such expert depositions shall be completed **on or before March 18, 2016**.

3. No other depositions will be noticed, beyond those identified in ¶¶ 1-2 supra, absent prior court approval or by agreement of counsel.

4. After expert discovery has been completed, a prefiling conference will be held with U.S. District Judge Janet Bond Arterton to set deadlines for the filing of all dispositive motions.

5. The Magistrate Judge again indicated her willingness to hold a settlement conference, including one jointly held with Connecticut Claims Commissioner J. Paul Vance, Jr., if all counsel agree that such conference would be productive.

6. The Magistrate Judge is available for such other conferences (which may be held telephonically) as may be necessary.

Dated at New Haven, Connecticut, this 9th day of December, 2015.

/s/ Joan G. Margolis, USMJ
Joan Glazer Margolis
United States Magistrate Judge