UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **MIGUEL ROMAN,**<br>*Plaintiff,*<br><br>V.<br><br>**CITY OF HARTFORD, et al.**<br>*Defendants.* | **CASE NO. 3:11cv00491 (JBA)**<br><br><br><br>**NOVEMBER 25, 2015** |

*TO: Any proper Officer of the State of Connecticut*

**WHEREAS,** pursuant to a scheduling order of this Court, counsel for defendants caused a Subpoena to be issued on July 15, 2015, in the County of Hartford, and the State of Connecticut, commanding Malka Shah, of 120 Pleasantview Drive, #R2, Suffield, Connecticut to appear for deposition on August 4, 2015 at 10:00 a.m. at the offices of Halloran & Sage, 225 Asylum Street, Hartford, CT 06103.

**WHEREAS,** counsel for defendants represented to the Court that efforts were made to serve Ms. Shah with said subpoena, and that she was unwilling to accept service of said subpoena.

**BY THE AUTHORITY OF THE COURT,** you are hereby commanded to arrest the said Malka Shah on December 22, 2015 and bring her to the law offices of Jacobs & Dow, LLC, 350 Orange Street, New Haven, Connecticut, for testimony and/or examination. Malka Shah is not to be arrested before 10:00 a.m. on December 22, 2015, and not to be incarcerated but brought directly to Jacobs & Dow, LLC, 350 Orange Street, New Haven, Connecticut. Ms. Shah is not to be placed in handcuffs.

Dated at New Haven, Connecticut this 8th day of December, 2015.

/s/ Judge Joan G. Margolis
The Honorable Joan Margolis
District Court Judge