IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

---------------------------------------------------------X
:
MIGUEL ROMAN                                            :       3:11 CV 491 (JBA)
:
V.                                                      :
:
CITY OF HARTFORD, ET AL.                                :       DATE: APRIL 18, 2016
:
---------------------------------------------------------X

## MEMORANDUM OF DISCOVERY CONFERENCE

Date of Conference:    April 18, 2016

Attorneys Present:     Rosemarie Paine, Esq.
                       (For Plaintiff)

                       Howard Rifkin, Esq.
                       Nathalie Feola-Guerrieri, Esq.
                       (For Defendants City of Hartford and Bernard Sullivan)

                       James J. Szerejko, Esq.
                       (For the Defendant Police Officers)

                       Michael J. Proto, Esq.
                       (For the non-party Connecticut Agencies)

## DISCUSSIONS

Lengthy discussions were held regarding the completion of expert discovery, in light of the recent discovery of six additional boxes of documents at the State's Attorney's Office. Counsel agreed to the deadlines set forth below.

## ORDERS

1.  By agreement of counsel, **on or before June 24, 2016**, defendants City of Hartford and Sullivan will provide supplemental disclosures from their expert witnesses, W. Ken Katsaris and Dr. Stephen Sarfaty, in light of the new documents. By further agreement of counsel, defendants will disclose all additional experts and expert reports **on or before**

**June 24, 2016**, and unless counsel seek an extension, all expert depositions shall be completed **on or before August 31, 2016**.

    2.  No other depositions will be noticed, beyond those identified in ¶ 1 supra, absent prior court approval or by agreement of counsel.

    3.  After expert discovery has been completed, a prefiling conference will be held with U.S. District Judge Janet Bond Arterton to set deadlines for the filing of all dispositive motions.

    4.  The Magistrate Judge indicated her willingness to hold a settlement conference, if counsel believe that such a conference could be productive.

    5.  The Magistrate Judge is available for such other conferences (which may be held telephonically) as may be necessary.

Dated at New Haven, Connecticut, this 18th day of April, 2016.

                                                /s/ Joan G. Margolis, USMJ\_\_
                                              Joan Glazer Margolis
                                              United States Magistrate Judge