UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2016 APR 19 PM 12 48

MIGUEL ROMAN,
*Petitioner,*

CASE NO. 3:11cv00491 (JBA)

V.

CITY OF HARTFORD, et al.
*Respondents.*

January 21, 2015

## PROTECTIVE ORDER

As a consequence of the Plaintiff's neuropsychological evaluation with Dr. Stephen Sarfaty, there exists a need for the attorneys representing the parties in this action to obtain all psychological records including the raw data for the psychological tests administered to the Plaintiff. However, because of copyright limitations and ethical limitations imposed upon psychologists, some records cannot be released in the absence of a court order.

IT IS HEREBY ORDERED BY THE COURT

1. That Dr. Stephen Sarfaty release and mail copies his entire file including test data to plaintiff's counsel of record in the above-captioned matter and/or psychologists designated by the parties in this action or their respective counsel. For purposes of this order, test data shall refer to raw and scaled scores, client/patient responses to test questions or stimuli, and psychologists' notes and recordings concerning client/patient statements and behavior during an examination. Those portions of test materials that include client/patient responses are included in the definition of test data.

2. The parties and their counsel are prohibited from publishing the raw data and

corresponding test administration manuals and scoring protocols to any third party without further order of this Court.

3. The raw data shall not be circulated beyond those persons necessary for the prosecution and defense of this case including expert witnesses retained by the parties.

4. The raw data shall be destroyed at the end of the case by all counsel of record and by those others to whom counsel of record have released such data.

IT IS SO ORDERED.

/s/ Joan G. Margolis
JOAN G. MARGOLIS
UNITED STATES MAGISTRATE JUDGE

Effective ~~January~~ April 18, 201~~5~~6.