EXHIBIT A




**Eric Bradford Hermanson**

101 Arch Street | Boston MA 19103-7395
Direct 215.864.6311 | Fax 215.789.7608
hermansone@whiteandwilliams.com | whiteandwilliams.com

May 18, 2017

<u>BY E-MAIL AND FIRST CLASS MAIL</u>

Nathalie Feola-Guerrieri, Esq.
Senior Assistant Corporation Counsel
City of Hartford
550 Main Street, Suite 210
Hartford, CA 06103

    Re:    **Miguel Roman v. City of Hartford, et al.,
Case No. 3:11-cv-00491 (D. Conn.)**

Ms. Feola-Guerriri:

Please accept the following by way of follow-up to my voicemail today. Lexington Insurance Company ("Lexington") has completed its search for documents, and has not located any insurance policy or underwriting file for the 1987-88 year.

Nor do the files we've located say what company insured the City that year.

I trust this puts this matter to bed, but if you have any questions, please contact me. I am sorry we couldn't be of more assistance.

Very truly yours,

Eric B. Hermanson

EBH:lb