# EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MIGUEL ROMAN<br>    Plaintiff | : | CIVILE CASE NO.<br>3:11-CV-00491 (JBA) |
| VS. | : | |
| CITY OF HARTFORD;<br>STANLEY LUKAS;<br>GERALD KUMNICK;<br>JAMES C. ROVELLA;<br>STEPHEN A. KUMNICK;<br>FREDERICK LEWIS;<br>JAMES PASQUARELL; AND<br>BERNARD SULLIVAN<br>    Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | <br><br><br><br><br><br><br><br>JANUARY 26, 2011 |

### PRELIMINARY DISCLOSURES PURSUANT TO RULE 26(a)(1) OF THE DEFENDANTS, STANLEY LUKAS, GERALD KUMNICK, JAMES C. ROVELLA, STEPHEN A. KUMNICK, FREDERICK LEWIS AND JAMES PASQUARELL

Pursuant to Federal Rule of Civil Procedure 26(a)(1), the defendants, Stanley Lukas, Gerald Kumnick, James C. Rovella, Stephen A. Kumnick, Frederick Lewis and James Pasquarell, provide the following mandatory disclosures:

  

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

**D.** For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

Any insurance agreement applicable to this case is available for inspection and copying at City Hall, Office of Corporation Counsel, 550 Main Street, Hartford, Connecticut.

DEFENDANTS,
STANLEY LUKAS
GERALD KUMNICK
JAMES C. ROVELLA
STEPHEN A. KUMNICK
FREDERICK LEWIS
JAMES PASQUARELL

By _____
James J. Szerejko
Fed. Bar No. ct04326
HALLORAN & SAGE LLP
One Goodwin Square
Hartford, CT 06103
Tele: (860) 522-6103
Fax No.: (860) 548-0006
Their Attorneys

- 6 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

I hereby certify that on January 26, 2012, a copy of the foregoing was filed and served by mail to the following counsel of record.

Rosemarie Paine, Esq.
Jacobs, Grudberg, Belt, Dow & Katz, P.C.
350 Orange Street
P.O. Box 606
New Haven, CT 06503-0606
Tel: 203-772-3100
Fax: 203-722-1691
rpaine@jacobslaw.com

Nathalie Feola-Guerrieri
City of Hartford
Office of the Corporation Counsel
550 Main Street
Hartford, CT 06103
Tel: 860-757-8085
Fax: 860-722-8085
Feoln001@hartford.gov

*James J. Szerejko*

2395446v.1
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105