# EXHIBIT C

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MIGUEL ROMAN

Plaintiff,

V.                                                                      Case No. 3:11-cv-00491 (JBA)

THE CITY OF HARTFORD,
STANLEY LUKAS, individually,
GERALD KUMNICK, individually and
officially as policy maker for the City of Hartford,
JAMES C. ROVELLA, individually,
STEPHEN A. KUMNICK, individually,
JAMES PASQURELL, individually,
JOHN and JANE DOES #1-10, individually
as police officers/detectives for the City of Hartford
and officially as policy makers for the City of Hartford;
FREDERICK LEWIS, individually and
officially as policy maker for the City of Hartford,
BERNARD SULLIVAN, individually and
officially as policy maker for the City of Hartford,

Defendants.                                                        October 1, 2012

**CITY OF HARTFORD AND BERNARD SULLIVAN'S COMPLIANCE WITH AND
OBJECTIONS TO PLAINTIFF'S FIRST SET OF REQUESTS FOR
PRODUCTION OF DOCUMENTS AND THINGS TO DEFENDANTS CITY OF
HARTFORD AND BERNARD SULLIVAN**

**REQUESTS FOR PRODUCTION**

1

15. Produce any and all documents concerning insurance policies covering the City of Hartford between January 1988 and the present.

Any such documents to the extent still in existence can be made available for inspection upon reasonable advance notice at the Hartford Corporation Counsel Office, 550 Main Street, Hartford, Connecticut.

THE DEFENDANTS,
CITY OF HARTFORD and
BERNARD SULLIVAN

BY _____
Nathalie Feola-Guerrieri
Senior Assistant Corporation Counsel
550 Main Street, Suite 210
Hartford, CT 06103
Federal Bar No. ct17217
Telephone (860) 757-9700
Facsimile (860) 722-8114
Email: feoln001@hartford.gov