EXHIBIT D




# CITY OF HARTFORD

OFFICE OF THE CORPORATION COUNSEL
550 Main Street
Hartford, Connecticut  06103

Telephone:  (860) 757-9700
Fax:  (860) 722-8114
www.hartford.gov

SAUNDRA KEE BORGES
Corporation Counsel

L. JOHN VAN NORDEN
Deputy Corporation Counsel

_Via Email and U.S. Mail_

December 10, 2012

Attorney Rosemarie Paine
Jacobs & Dow, LLC
350 Orange Street
New Haven, CT  06511-0606

**Re:  Miguel Roman v. City of Hartford et al**

Dear Attorney Paine:

1

December 10, 2012
Page 3 of 3

  

<u>Request No. 15</u>.  Insurance policies are located at the City of Hartford Corporation Counsel for review and inspection upon reasonable notice.

Very truly yours,

Nathalie Feola-Guerrieri
Senior Assistant Corporation Counsel

cc:  James Szerejko, Esq.