# EXHIBIT E

## Rosemarie Paine

**From:** Rosemarie Paine
**Sent:** Wednesday, April 20, 2016 3:48 PM
**To:** Feola-Guerrieri, Nathalie
**Subject:** full copy of the applicable insurance polices

Please do not delay any further, and provide me complete copies of the policy or polices, and any other related documents the plaintiff is entitled to under Rule 26 disclosures. I had previously requested copies, and to date, have not received them. If you believe that you sent them already, please resend whatever you originally sent.
Thank you.
Rosemarie Paine
Jacobs & Dow, LLC
350 Orange Street
New Haven  CT  06511-0606
(203) 772-3100 Office
(203) 466-8413 Direct Dial
(203) 772-1691 Fax
www.jacobslaw.com