# EXHIBIT F

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MIGUEL ROMAN

Plaintiff,

V.                                                          Case No. 3:11-cv-00491 (JBA)

THE CITY OF HARTFORD,
STANLEY LUKAS, individually,
GERALD KUMNICK, individually and
officially as policy maker for the City of Hartford,
JAMES C. ROVELLA, individually,
STEPHEN A. KUMNICK, individually,
JAMES PASQURELL, individually,
JOHN and JANE DOES #1-10, individually
as police officers/detectives for the City of Hartford
and officially as policy makers for the City of Hartford;
FREDERICK LEWIS, individually and
officially as policy maker for the City of Hartford,
BERNARD SULLIVAN, individually and
officially as policy maker for the City of Hartford,

Defendants.                                                  MAY 19, 2016

### CITY OF HARTFORD AND BERNARD SULLIVAN'S SUPPLEMENTAL COMPLIANCE WITH PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS TO DEFENDANTS CITY OF HARTFORD AND BERNARD SULLIVAN DATED OCTOBER 1, 2012

### REQUESTS FOR PRODUCTION

15. Produce any and all documents concerning insurance policies covering the City of Hartford between January 1988 and the present.

**Any such documents to the extent still in existence can be made available for inspection upon reasonable advance notice at the Hartford Corporation Counsel Office, 550 Main Street, Hartford, Connecticut.**

*SUPPLEMENTAL RESPONSE: Enclosed please find a copy of the City of Hartford's insurance policy applicable for the incident involving Mr. Roman, as well as a copy of the Reservation of Rights correspondence dated May 11, 2016, issued concerning applicable insurance coverage. (Bates numbered pages COH0001 to COH0156).*

THE DEFENDANTS,
CITY OF HARTFORD and
BERNARD SULLIVAN

BY /s/ Nathalie Feola-Guerrieri
Nathalie Feola-Guerrieri
Senior Assistant Corporation Counsel
550 Main Street, Suite 210
Hartford, CT 06103
Federal Bar No. ct17217
Telephone (860) 757-9700
Facsimile (860) 722-8114
Email: feoln001@hartford.gov

## CERTIFICATION

This is to certify that the foregoing was served, via email and mailed via first-class mail, postage prepaid, on this 19th day of May, 2016, to the following counsel of record:

Attorney Rosemarie Paine
Jacobs & Dow, LLC
350 Orange Street
New Haven, CT 06511

James Szerejko, Esq.
Halloran & Sage
225 Asylum Street, 18th Floor
Hartford, CT 06103-1532

Nathalie Feola-Guerrieri