# EXHIBIT G

# Rosemarie Paine

| | |
|---|---|
| **From:** | Feola-Guerrieri, Nathalie <FEOLN001@hartford.gov> |
| **Sent:** | Thursday, May 19, 2016 1:48 PM |
| **To:** | Rosemarie Paine |
| **Cc:** | Szerejko, James J. (SZEREJKO@halloransage.com); Archacki, Marcie |
| **Subject:** | RE: Roman, Miguel vs. City of Hartford et al |

Hello Rosemarie,

1. With regard to the copy project, the copies of CDs onto CDs was requested by you, not the City defendants. Knowing that the City is not in a position to spend funds unnecessarily, Nino of One Stop asked me whether or not the City wanted CD to CD, or would I rather have the CDs copied to a flash drive instead (have cost of actual CDs). I agreed. Your bill represents your request for CDs onto CDs. We should all have the same documents and CD information, and so there is really not an issue. It was just a matter of preference/option on our end.

   As a result of the time constraints placed upon One Stop by Mike Proto after the quote, and then the added time/cost/burden he placed on them when he required that they physically move the boxes from Proto['s office, the copying was not] made within the days allotted, which was in fact accomplished. Now that the documents and CDs have [been] copied, we can work out together how we would like these documents to be bates numbered. In the past I have volunteered to perform the bates numbering from the original copies, and I would be willing to do [so] here.

2. Available insurance policy information was sent out in yesterday's mail as the City and Sullivan's Supplemental Compliance to discovery requests you made years ago, where the City indicated the information was available for inspection at Corporation Counsel Offices upon reasonable advance notice. Correct me if I am wrong, but I don't believe that you ever requested an inspection.

3. Dr. Sarfaty's materials are being produced as part of Defendants' Compliance with Requests for Production, Schedule A, Notice of Deposition, as per our agreement on the document production of medical experts. I have had copies made of the documents he sent our office, and anticipate that production will be sent to all counsel [by the end of the week. (Because I had to review the original medical records for appropriate redaction, in that] unavailability from June 6th to June 17th. If so, I can call his office to see if he could make himself available. (Currently, I am available on May 31st and could attempt to get coverage on another [date.] June 3rd if that date is better, so long as Dr. Sarfaty is available.

Nathalie

**Nathalie Feola-Guerrieri**
Senior Assistant Corporation Counsel
City of Hartford
550 Main Street, Suite 210
Hartford, CT 06103
Tel: (860) 757-9700
Fax:(860) 722-8085

1