# EXHIBIT H

# Rosemarie Paine

| | |
|---|---|
| **From:** | Feola-Guerrieri, Nathalie <FEOLN001@hartford.gov> |
| **Sent:** | Friday, February 24, 2017 10:54 AM |
| **To:** | Rosemarie Paine |
| **Cc:** | Szerejko, James J. (SZEREJKO@halloransage.com); Archacki, Marcie |
| **Subject:** | RE: Roman, Miguel (Deposition of Dr. Sarfaty) |

Given the time period at issue, the City cannot locate any record of the policy and thus cannot provide a carrier name.

---

**From:** Rosemarie Paine [mailto:rpaine@jacobslaw.com]
**Sent:** Friday, February 24, 2017 10:42 AM
**To:** Feola-Guerrieri, Nathalie <FEOLN001@hartford.gov>
**Cc:** Szerejko, James J. (SZEREJKO@halloransage.com) <SZEREJKO@halloransage.com>; Archacki, Marcie <Marcie.Archacki@hartford.gov>
**Subject:** RE: Roman, Miguel (Deposition of Dr. Sarfaty)

As for the insurance policy, I remain concerned that the City, six years after this lawsuit was filed, has still not provided any information about the excess policy: no carrier information, no limit, no description. Can you please provide me with an explanation as to why this has occurred?
Thank you,
Rosemarie

**From:** Feola-Guerrieri, Nathalie [mailto:FEOLN001@hartford.gov]
**Sent:** Friday, February 24, 2017 10:22 AM
**To:** Rosemarie Paine <rpaine@jacobslaw.com>
**Cc:** Szerejko, James J. (SZEREJKO@halloransage.com) <SZEREJKO@halloransage.com>; Archacki, Marcie <Marcie.Archacki@hartford.gov>
**Subject:** RE: Roman, Miguel (Deposition of Dr. Sarfaty)

Rosemarie,

We cannot locate the insurance policy.

Nathalie

