# EXHIBIT I

**Rosemarie Paine**

---

**From:** Feola-Guerrieri, Nathalie <FEOLN001@hartford.gov>
**Sent:** Wednesday, March 01, 2017 5:41 PM
**To:** Rosemarie Paine
**Cc:** Szerejko, James J. (SZEREJKO@halloransage.com)
**Subject:** Re: Roman, Miguel (Deposition of Dr. Sarfaty)

I will detail our efforts in response to any motion you file with court.

Sent from my iPhone

On Mar 1, 2017, at 4:56 PM, Rosemarie Paine <rpaine@jacobslaw.com> wrote:

> Please provide me with a detailed explanation of what efforts have been made and when. I expect we may need to address this with the Court, and that information is necessary.
> Thank you,
> Rosemarie
>
> **From:** Feola-Guerrieri, Nathalie [mailto:FEOLN001@hartford.gov]
> **Sent:** Friday, February 24, 2017 10:54 AM
> **To:** Rosemarie Paine <rpaine@jacobslaw.com>
> **Cc:** Szerejko, James J. (SZEREJKO@halloransage.com) <SZEREJKO@halloransage.com>; Archacki, Marcie <Marcie.Archacki@hartford.gov>
> **Subject:** RE: Roman, Miguel (Deposition of Dr. Sarfaty)
>
> Given the time period at issue, the City cannot locate any record of the policy and thus cannot provide a carrier name.
>
> **From:** Rosemarie Paine [mailto:rpaine@jacobslaw.com]
> **Sent:** Friday, February 24, 2017 10:42 AM
> **To:** Feola-Guerrieri, Nathalie <FEOLN001@hartford.gov>
> **Cc:** Szerejko, James J. (SZEREJKO@halloransage.com) <SZEREJKO@halloransage.com>; Archacki, Marcie <Marcie.Archacki@hartford.gov>
> **Subject:** RE: Roman, Miguel (Deposition of Dr. Sarfaty)
>
> I would like to get the notice out for Mr. Katsaris. Please get back to me as to the state of the file, so that I can determine whether we need to depose him in CT or Florida.
> As for the insurance policy, I remain concerned that the City, six years after this lawsuit was filed, has still not provided any information about the excess policy: no carrier information, no limit, no description. Can you please provide me with an explanation as to why this has occurred?
> Thank you,
> Rosemarie
>
> **From:** Feola-Guerrieri, Nathalie [mailto:FEOLN001@hartford.gov]
> **Sent:** Friday, February 24, 2017 10:22 AM
> **To:** Rosemarie Paine <rpaine@jacobslaw.com>
> **Cc:** Szerejko, James J. (SZEREJKO@halloransage.com) <SZEREJKO@halloransage.com>; Archacki, Marcie