# EXHIBIT J

# Rosemarie Paine

| | |
|---|---|
| **From:** | Feola-Guerrieri, Nathalie <FEOLN001@hartford.gov> |
| **Sent:** | Wednesday, July 05, 2017 6:15 AM |
| **To:** | Rosemarie Paine; Szerejko, James J. (SZEREJKO@halloransage.com) |
| **Subject:** | RE: Roman, Miguel vs. City of Hartford et al |

Dr. Sarfaty is not available for <u>deposition</u> in July and August, but is available for discussion on the fee issue.

The City has made good faith efforts to obtain information on the additional insurance issue. Attempting to locate a policy in existence 30 years ago has obviously presented us with difficulties and we have not been able to locate it as of yet.

Nathalie

---

**From:** Rosemarie Paine [mailto:rpaine@jacobslaw.com]
**Sent:** Monday, July 03, 2017 10:53 AM
**To:** Feola-Guerrieri, Nathalie <FEOLN001@hartford.gov>; Szerejko, James J. (SZEREJKO@halloransage.com) <SZEREJKO@halloransage.com>
**Subject:** RE: Roman, Miguel vs. City of Hartford et al

Nathalie and Jim,
  I assume that your respective positions remain on the insurance issue (Nathalie has declined to provide information on the efforts made by the City to comply, and Jim relies upon the City for his response).
  Also, I assume that Dr. Sarfaty is the party to whom any efforts to resolve the fee issue must be addressed, and you have indicated that he is unavailable for the months of July and August.
  If I am incorrect in my assumptions, can you please let me know as soon as possible.
  Thanks, and have a Happy 4th.
Rosemarie

---

**From:** Rosemarie Paine
**Sent:** Wednesday, May 31, 2017 11:17 AM
**To:** 'Feola-Guerrieri, Nathalie' <FEOLN001@hartford.gov>; Szerejko, James J. (SZEREJKO@halloransage.com) <SZEREJKO@halloransage.com>
**Subject:** RE: Roman, Miguel vs. City of Hartford et al

Can you please provide me with information about all efforts the defendants have made to locate the umbrella policy, and/or other information responsive to their obligations under Fed.R.Civ.P. 26(a)(1)(A)(iv), and the Court's earlier order?
Thank you,
Rosemarie Paine
Jacobs & Dow, LLC
350 Orange Street
New Haven  CT  06511-0606
(203) 772-3100 Office
(203) 466-8413 Direct Dial
(203) 772-1691 Fax
www.jacobslaw.com

**From:** Feola-Guerrieri, Nathalie [mailto:FEOLN001@hartford.gov]
**Sent:** Tuesday, May 23, 2017 2:48 PM
**To:** Rosemarie Paine <rpaine@jacobslaw.com>
**Cc:** Szerejko, James J. (SZEREJKO@halloransage.com) <SZEREJKO@halloransage.com>
**Subject:** Roman, Miguel vs. City of Hartford et al

Enclosed please find correspondence received on May 22, 2017 from counsel for Lexington/AIG in connection with the subpoena and notice of deposition.


**Nathalie Feola-Guerrieri**
Senior Assistant Corporation Counsel
City of Hartford
550 Main Street, Suite 210
Hartford, CT 06103
Tel: (860) 757-9700
Fax:(860) 722-8085


*This e-mail message is confidential, intended only for the named recipient(s) above and may contain information that is a trade secret, proprietary, privileged or attorney work product. If you have received this message in error, or are not the named recipient(s), please immediately notify the sender at (860) 757-9700 and delete this e-mail message and any attachments from your workstation or network mail system.*

*If you work for or are yourself a client of the City of Hartford, this e-mail is protected by the attorney-client privilege and the work product doctrine. This e-mail is not intended for release to opposing parties, opposing counsel or any other third person or entity. Copies of this e-mail should not be kept in your regular files. If you print a copy of this e-mail, place it in a separate file labeled as "Attorney-Client Privileged."*