# EXHIBIT K

# Rosemarie Paine

| | |
|---|---|
| **From:** | Feola-Guerrieri, Nathalie <FEOLN001@hartford.gov> |
| **Sent:** | Monday, March 20, 2017 11:30 AM |
| **To:** | Rosemarie Paine |
| **Cc:** | Szerejko, James J. (SZEREJKO@halloransage.com) |
| **Subject:** | Roman, Miguel vs. City of Hartford et al |

Attorney Paine,

Pursuant to the federal rules, please be advised that it is the City of Hartford's intention to depose a third party to the litigation, Lexington Insurance Company. The requested deposition is being made by the City in its continuing efforts to obtain information regarding the identity of the City's excess liability insurance carrier for the period of July 1, 1987 to July 1, 1988. A notice of deposition and subpoena will be issued and copied to all counsel in the near future.

**Nathalie Feola-Guerrieri**
Senior Assistant Corporation Counsel
City of Hartford
550 Main Street, Suite 210
Hartford, CT 06103
Tel: (860) 757-9700
Fax:(860) 722-8085

*This e-mail message is confidential, intended only for the named recipient(s) above and may contain information that is a trade secret, proprietary, privileged or attorney work product. If you have received this message in error, or are not the named recipient(s), please immediately notify the sender at (860) 757-9700 and delete this e-mail message and any attachments from your workstation or network mail system.*

*If you work for or are yourself a client of the City of Hartford, this e-mail is protected by the attorney-client privilege and the work product doctrine. This e-mail is not intended for release to opposing parties, opposing counsel or any other third person or entity. Copies of this e-mail should not be kept in your regular files. If you print a copy of this e-mail, place it in a separate file labeled as "Attorney-Client Privileged."*